UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
YUDELKA MARIN,

                Plaintiff,      :   Case No.: 16-cv-00737 (AMD) (VMS)

      v.

                                        **STIPULATION OF DISMISSAL**
COMENITY BANK, LLC

                Defendants.
---------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties and their respective counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure the above-captioned action is hereby dismissed with prejudice against defendant Comenity Bank, LLC, more properly identified as Comenity Bank.


Dated: September 26, 2017                               Dated: September 26, 2017


By: /s/ Subhan Tariq                                By: /s/ Mitra Paul Singh
The Tariq Law Firm, PLLC                    McGlinchey Stafford
90-52 171st Street                                      112 West 34th Street, Suite 1515
Jamaica Estates, NY 11432                    New York, NY 10120
Tel: 516-900-4529                                      Tel: 646-362-4041
Email: Subhan@tariqlaw.com               Email: msingh@mcglinchey.com
*Attorney for plaintiff Yudelka Marin*         *Attorneys for defendant Comenity Bank*